UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL D. VAN WAVEREN,<br><br>              Plaintiff,<br><br>    vs.<br><br>BRISTOL MYERS SQUIBB COMPANY, MERCK & CO., AND GOVERNMENTAL AGENCY'S DOES 1-100,<br><br>              Defendants. | Case No. CV14-1394-DMG (SSx)<br><br>**JUDGMENT [34]** |

On May 30, 2014, this Court entered an Order granting Defendants' Motions to Dismiss with prejudice.

Therefore, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is hereby entered in favor of Defendants Merck & Co., Inc. and Bristol Myers Squibb Company, and against Plaintiff, as to all claims. The parties shall bear their own costs.

DATED: _June 19, 2014_____  _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE